1  KATHRYN E. VANHOUTEN (SBN 143402)
   IRSFELD, IRSFELD & YOUNGER LLP
2  100 W. Broadway, Ste. 920
   Glendale, CA 91210
3  Telephone: (818) 242-6859
   Facsimile: (818) 240-7728
4
5  Attorneys for Plaintiff
6
7
                   UNITED STATES DISTRICT COURT
8
               FOR THE CENTRAL DISTRICT OF CALIFORNIA
9
10
   UNITED STATES OF AMERICA,      )   Case No: 10-cv-05684-PA(JPRx)
11                                )
            Plaintiff,            )   ORDER TO SHOW CAUSE RE:
12                                )   CONTEMPT FOR FAILURE TO
        vs.                       )   APPEAR AT JUDGMENT
13                                )   DEBTORS EXAMINATION
                                  )
14 CLAYTON V. CHING,              )   Date:
                                  )   Time:
15          Defendant.            )   Ctrm: 15, Hon. Percy Anderson
                                  )
16                                )
                                  )
17                                )

18         Judgment debtor **CLAYTON V. CHING** IS HEREBY ORDERED to Show
19 Cause why he should not be found in civil contempt based upon his non-
20 appearance at his Debtor Examinations as Ordered on March 3, 2016, May
21 12, 2016 and September 22, 2016. **A hearing on the Order to Show Cause shall**
22 **take place before District Judge Percy Anderson on November 14, 2016 at**
23 **10:00 a.m., in Courtroom 15, 312 N. Spring Street, Los Angeles, California**
24 **90012.** If judgment debtor objects to being held in civil contempt, he shall file a
25 legal memorandum of points and authorities containing his objections no later than
26 October 24, 2016, and judgment creditor UNITED STATES OF AMERICA
27 may file a reply no later than October 31, 2016.
28         Judgment creditor shall promptly **personally serve** this Order on

1

judgment debtor CLAYTON V. CHING, and shall file proof of such service no later than October 10.

DATED: September 29, 2016

Percy Anderson
UNITED STATES DISTRICT JUDGE

2